## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                                    Chapter 13

Patricia Ann Lewis                                        No.  11-02585

         Debtor                                    Hon.  Bruce W. Black

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

    PLEASE TAKE NOTICE that on March 28, 2016, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                           _____/s/ Ross Brand_____

### Certificate of Service

    The undersigned certifies that he served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Jason A. Kara and Glenn B Stearns on March 28, 2016.

                           _____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**<u>This is an attempt to collect a debt.  Any information obtained will be used for that purpose.</u>**

## SERVICE LIST

Patricia Ann Lewis
11826 Ford Ct
Plainfield, IL 60585

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Jason A. Kara
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603